UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

PORTLAND OR 972

13 JAN 2021 PM



02 1P   $ 000.50⁰
0000911169   JAN 13 2021
MAILED FROM ZIP CODE 97204

RECD 19 JAN '21 10:31 USDC-ORP

Dave Campbell
101 SW Main Street
General Delivery
Portland, OR  97204

97204-999999

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVE CAMPBELL**
    Plaintiff,

v.

**BLACK LIVES MATTER**
    Defendant.

Case No.: 3:21-cv-00047-SB

<u>Civil Case Assignment Order</u>

**1.** **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:



Presiding Judge ................................ Hon. Stacie Beckerman
Presiding Judge's Suffix Code* ................................ SB
*These letters must follow the case number on all future filings.

**2.** **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Giselle Williams
    Telephone: 503-326-8022
    Email: giselle_williams@ord.uscourts.gov

**3.** **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone: 503-326-8050

**4.** **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3-1, LR 5-5.)

**5.** **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.** **Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**6.** **Jurisdictional Authority of Magistrate Judges:**

    a.  **Pretrial Administration:** Pursuant to LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72 without further designation of the Court.

    b.  **Trial by Consent and Appeal Options:** Pursuant to LR 73, 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil

jurisdiction in assigned cases and, <u>with the consent of the parties</u>, enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of a district judge).

Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the (attached) Consent to Jurisdiction by a United States Magistrate Judge and Designation of the Normal Appeal Route. There will be no adverse consequences if a party elects not to consent to a Magistrate Judge. A Magistrate Judge, however, may be able to resolve a case earlier as they are primarily assigned only to civil cases.

Additional information about United States Magistrate Judges in the District of Oregon <u>is available on the Court's website</u>.

**DATED:  January 8, 2021**　　　　　　　　**MARY L. MORAN**
　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　by: <u>/s/ S. Behrends</u>
　　　　　　　　　　　　　　　　　　S. Behrends, Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAVE CAMPBELL                                          Case No.: 3:21-cv-00047-SB
    Plaintiff,

v.

BLACK LIVES MATTER
    Defendant.

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

        **Signature:** _____

**Name and OSB ID:** _____

    **E-mail Address:** _____

          **Firm Name:** _____

**Mailing Address:** _____

  **City, State, Zip:** _____

**Parties Represented:** _____

U.S. District Court

District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 1/12/2021 at 1:23 PM PST and filed on 1/12/2021
**Case Name:**       Campbell v. Black Lives Matter
**Case Number:**     3:21-cv-00047-SB
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**NOTICE REGARDING FILING FEE: Pursuant to LR 3-4(a), advance payment of all required fees or the filing of an application to proceed in forma pauperis must occur before the Clerks Office can provide any services covered under the Schedule of Fees adopted by the Judicial Conference of the United States. Accordingly, you must either pay the appropriate filing fee in this case or file an application to proceed in forma pauperis within 5 days. Filing Fee must be paid by 1/19/2021.** *(No Address for Pro Se Party to Mail Notice 1/12/21.)* (sb)

**3:21-cv-00047-SB Notice has been electronically mailed to:**

**3:21-cv-00047-SB Notice will not be electronically mailed to:**

Dave Campbell
Portland, OR 97204