IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVE CAMPBELL, | Case No. 3:21-cv-00046-SB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |
| DAVE CAMPBELL, | Case No. 3:21-cv-00047-SB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| BLACK LIVES MATTER, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

On January 12 and January 13, 2021, the Court entered an order in the above-captioned cases notifying plaintiff Dave Campbell ("Campbell") that, pursuant to Local Rule 3-4(a), Campbell must either pay the required filing fee or file an application to proceed *in forma*

PAGE 1 – ORDER TO SHOW CAUSE

*pauperis* by January 19, 2021. On January 13, 2021, the Court mailed a Notice of Case Assignment and Notice Regarding Filing Fee to Campbell at the address he provided to the Court, but the mail was returned as undeliverable on January 19, 2021.

Unrepresented parties have a continuing responsibility to notify the Court whenever the party's mailing address, telephone number, or email address changes. *See* Local Rule 83-10(a). Even if a party does not have a stable residence, the Court requires some form of reliable contact information to allow the Court to communicate with all parties.

Campbell has failed to pay the required filing fee or file an application to proceed *in forma pauperis*, and he has failed to file a notice of change of address, in either of the above cases. Accordingly, the Court orders Campbell to explain in writing on or before March 19, 2021, why the Court should not dismiss the above-captioned cases for failure to pay the filing fee or file an application to proceed *in forma pauperis*, and for failure to provide the Court with updated contact information.

Failure to comply with the Court's order will result in dismissal of both cases.

**IT IS SO ORDERED.**

DATED this 18th day of February, 2021.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – ORDER TO SHOW CAUSE