IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVE CAMPBELL**, | Case No. 3:21-cv-00046-SB |
| Plaintiff, | **ORDER** |
| v. | |
| **UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**, | |
| Defendant. | |

| | |
|---|---|
| **DAVE CAMPBELL**, | Case No. 3:21-cv-00047-SB |
| Plaintiff, | **ORDER** |
| v. | |
| **BLACK LIVES MATTER**, | |
| Defendant. | |

**MOSMAN, J.,**

In an Order dated February 18, 2021, U.S. Magistrate Judge Stacie F. Beckerman ordered plaintiff Dave Campbell ("Campbell") to show cause why the Court should not dismiss the above-captioned cases for failure to pay the required filing fee or file an application to proceed *in*

PAGE 1 – ORDER

*forma pauperis*, and for failure to file a notice of change of address. The Court warned Campbell that failure to respond to the Court's Order would result in the Court's dismissal of both cases. Campbell has not timely responded to the Court's Order. Accordingly, I dismiss this action without prejudice, and deny all pending motions as moot.

    IT IS SO ORDERED.

    DATED this __2__ day of April, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

PAGE 2 – ORDER