IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVE CAMPBELL**, | Case No. 3:21-cv-00047-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **BLACK LIVES MATTER**, | |
| Defendant. | |

Based on the Court's ORDER,

IT IS ADJUDGED that this matter is DISMISSED without prejudice.

DATED this __2__ day of April, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

PAGE 1 – JUDGMENT