IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVE CAMPBELL**,

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**,

Defendant.

Case No. 3:21-cv-00046-SB

**ORDER**

---

**DAVE CAMPBELL**,

Plaintiff,

v.

**BLACK LIVES MATTER**,

Defendant.

Case No. 3:21-cv-00047-SB

**ORDER**

---

**MOSMAN, J.,**

In an Order dated February 18, 2021, U.S. Magistrate Judge Stacie F. Beckerman ordered plaintiff Dave Campbell ("Campbell") to show cause why the Court should not dismiss the above-captioned cases for failure to pay the required filing fee or file an application to proceed *in*

PAGE 1 – ORDER

*forma pauperis*, and for failure to file a notice of change of address. The Court warned Campbell that failure to respond to the Court's Order would result in the Court's dismissal of both cases. Campbell has not timely responded to the Court's Order. Accordingly, I dismiss this action without prejudice, and deny all pending motions as moot.

    IT IS SO ORDERED.

    DATED this __2__ day of April, 2021.

                                        *Michael W. Mosman*
                                        MICHAEL W. MOSMAN
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVE CAMPBELL,**

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,**

Defendant.

Case No. 3:21-cv-00046-SB

**JUDGMENT**

Based on the Court's ORDER,

IT IS ADJUDGED that this matter is DISMISSED without prejudice.

DATED this __2__ day of April, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

PAGE 1 – JUDGMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DAVE CAMPBELL**,

Plaintiff,

v.

**BLACK LIVES MATTER**,

Defendant.

Case No. 3:21-cv-00047-SB

**JUDGMENT**

Based on the Court's ORDER,

IT IS ADJUDGED that this matter is DISMISSED without prejudice.

DATED this __2__ day of April, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

PAGE 1 – JUDGMENT

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

RECVD 27 APR '21 10:31 USDC-ORP



$ 000.51
02 1P
0000911169   APR 06 2021
MAILED FROM ZIP CODE 97204

APR 08 2021

Dave Campbell
111 W. Burnside
Portland, OR 97209

971 FE 1    0004/25/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD